

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

CHARLES HUDGINS

v.

TONY PARKER, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05-1276-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/21/05, this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to 42 U.S.C. § 1997(e)(a). It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith. If the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in <u>McGore v. Wigglesworth</u>, 114 F.3d 601, 610-11 (6th Cir. 1997) and 28 U.S.C. § 1915(a)-(b).

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

11/25/05
DATE

BY: _C. Head_
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-29-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01276 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Charles Hudgins
Deberry Special Needs Facility
371020
7575 Cockrill Bend Industrial Prison
Nashville, TN 37209

Honorable James Todd
US DISTRICT COURT